The Honorable Judge Hayes,    Feb 15, 2014

I'm writing you about our current living conditions. For over a month here at the Maury County Sheriff's Department. We have had problems out of our sink and toilet combos in our pod. The pod that I'm currently being held in is built to accommodate 48 total inmates. We have three showers, three toilets and sink combos and one handicap toilet and sink combo. For over a month now, one of the three regular toilets has not worked at all, another one works when it wants to, and now the sink on the handicap toilet has been running for four days now. We have brought it to the attention of several Correctional Officers' attention about our toilet problems and nothing has yet to be done. I have already filed a civil law suit with your court. So I am writing you this letter of concern, maybe hoping that you would come to the Maury County Sheriff's Department

to see the inadequate living conditions that the Maury County Sheriff's Department has for the inmates. Thanks for your time and patience.
          Thanks

