IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KEITH PIERCE, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:14-cv-00034 |
| v. | ) Judge Haynes |
| MAURY COUNTY SHERIFF AND JAIL, | ) |
| Defendant. | ) |

## ORDER

Based upon Plaintiff's failure to appear at the status conference in this action set for Monday, December 1, 2014, this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 1st day of December, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge